[No. 50514-9-I.   Division One.   November 12, 2002.]

ROBERT J.B. LATTIMAR, ET AL., *Plaintiffs*, v. SHERRI A. WINSLOW, ET AL., *Defendants*, SANDRA C. LACELLE, *Appellant*, CARLOS M. SOSA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-03663-7, Ronald Kessler, J., entered April 29, 2002. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Baker and Schindler, JJ.

[Nos. 20477-4-III; 20478-2-III.   Division Three.   November 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY K. STINEBAUGH, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN VERNON GRIGSBY, *Appellant*.

Appeals from judgments of the Superior Court for Benton County, Nos. 00-1-00641-5 and 00-1-00636-9, Carolyn A. Brown, J., entered August 24, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 27262-8-II.   Division Two.   November 14, 2002.]

RICHARD E. SORRELS, *Appellant*, v. THE ESTATE OF OSCAR JOHNSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-02379-2, Stephanie A. Arend, J., entered April 13, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.